ORIGINAL

**FILED**

01/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0045

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 24-0045

_____

MITCHELL SCOTT PATTERSON,

Petitioner,

v.                                             O R D E R

JIM SALMONSEN, WARDEN,
MONTANA STATE PRISON,

Respondent.

_____

Mitchell Scott Patterson has filed a Petition for Writ of Habeas Corpus, asserting that, pursuant to a recent decision by the Sentence Review Division of this Court, the Sex Offender Program (SOP) does not exist and that he cannot fulfill his sentencing condition. Upon review of his Petition, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Mitchell Patterson personally.

DATED this 26ᵗʰ day of January, 2024.

_____
Justice

**FILED**

JAN 2 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana